**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Albert J. M.,

Plaintiff(s),

v.

Commissioner of Social Security,

Defendant(s).

Case No. 2:26-cv-02167-NJK

**Order**

On September 24, 2026, the Commissioner filed the certified administrative record, Docket No. 10, which is the equivalent of filing an answer, *see* Suppl. R. for Soc. Sec. 4(b). Plaintiff's opening brief was due within 30 days of the Commissioner's filing, *see* Suppl. R. for Soc. Sec. 6, but no opening brief has been filed. Plaintiff must file his opening brief by November 23, 2026. Failure to comply with this order may result in dismissal. *See, e.g.*, Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

Dated: November 2, 2026

Nancy J. Koppe
United States Magistrate Judge